IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>YOURMEDICARE.COM, LLC, a Delaware limited liability company; and JOHN DOE,<br><br>Defendants. | **4:23CV3026**<br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims. (Filing No. 21).

Accordingly,

IT IS ORDERED that:

1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 29th day of June, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge